# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

08-3550-CMM

UNITED STATES OF AMERICA )      CASE NUMBER: CR 7F-2008-0810
           Plaintiff )
                          )
            -vs-              )      REPORT COMMENCING CRIMINAL
                          )                 ACTION

Welby R. Peña-Espinosa )       81619-004
           Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
     U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 10/25/2008 _____ a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: English / Spanish

(3)   OFFENSE(S) CHARGED: 18 USC 1542 Passport Fraud, 18 USC 1028A Aggravated ID Theft, 18 USC 1001 False Statements

(4)   UNITED STATES CITIZEN:     (X)YES    ( )NO    ( )UNKNOWN

(5)   DATE OF BIRTH: 12/17/1972

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
     [ ] INDICTMENT    [X] COMPLAINT    CASE # 7F 2008 08610
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: _____
     COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7)   REMARKS _____

(8)   DATE: _____  (9) ARRESTING OFFICER _____

(10)  AGENCY _____  (11) PHONE # _____

(12)  COMMENTS _____