UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-3550- CMM

UNITED STATES OF AMERICA

vs.

WELBY R. PENA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

BY: *Stephanie Evans*
        STEPHANIE D. EVANS
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 255180
        99 N. E. 4th Street
        Miami, Florida 33132-2111
        TEL (305) 961-9194
        FAX (305) 530-7976

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

WELBY R. PENA

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-3550-CMM

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 18, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant, WELBY R. PENA, did knowingly and willfully make a false statement in an application for a United States passport, with the intent to induce and secure its issuance under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

I further state that I am a Special Agent with Diplomatic Security Service, U.S. Department of State and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

JOSE R. MERCADO, SPECIAL AGENT
DIPLOMATIC SECURITY SERVICE
U.S. DEPARTMENT OF STATE

Sworn to before me, and subscribed in my presence,

NOVEMBER 26, 2008 at Miami, Florida
Date                                     City and State

CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

AFFIDAVIT

I, José R. Mercado, having been duly sworn, hereby depose and state:

1. I am a Special Agent of the U.S. Department of State, Bureau of Diplomatic Security (hereinafter "DS") and have been so employed since 2007. Prior to being assigned to DS, I was an officer in the United States Air Force. Currently, I conduct investigations into criminal violations of the laws related to U.S. passports, U.S. visas, and other travel documents used to transit international borders. I make this affidavit based upon my personal knowledge and investigation, as well as investigation from other criminal investigators (Agents). This affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint charging WELBY R. PENA with willfully and knowingly making a false statement in an application for a U.S. passport, in violation of Title 18 United States Code, Section 1542, in that WELBY R. PENA applied for a United States Passport using a false social security number and a date of birth belonging to another individual also named Welby Pena. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known by me in connection with this investigation.

2. On October 16, 2008, an individual purporting to be Welby Pena (subject) appeared at the Snapper Creek Branch, United States Postal Service in Miami, Florida and executed an application for a U.S. passport. On his passport application, the Subject listed his date of birth (DOB) as September x, 1978, and his place of birth as Salem, Massachusetts. The subject listed his permanent address as 10650 SW 157th Ct Apt. 304, Miami, FL 33187. Additionally, as proof of U.S. citizenship, the Subject presented a birth certificate in the name of Welby Pena from the City of Salem Office of the Clerk. As proof of identity, the Subject presented a Florida (FL) driver license (DL) in the name of WELBY R. PENA bearing number P500-xxx-72-457-0. The

1

Subject listed his Social Security Number (SSN) as xxx-xx-9298. The Subject then swore under oath that all information in the passport application was true and that the photograph attached to the passport application was a true likeness of him. The Subject then signed the application. The matter was referred to DS for investigation.

3. On October 31, 2008, your affiant obtained a record and driver license photograph from the Florida Department of Highway Safety and Motor Vehicles (DHSMV) for DL number P500-xxx-72-457-0, in the name of WELBY R. PENA, with a DOB of December xx, 1972, and a SSN of xxx-xx-7828. The DHSMV file photograph for WELBY R. PENA appeared to be the same Subject that applied for the U.S. passport but the DOB and SSN in the FL DL did not match the DOB and SSN in the passport application.

4. On October 31, 2008, your affiant conducted a database check which revealed that previous U.S. Passports had been issued in the name of Welby Pena. The first was issued to WELBY R. PENA, born December xx, 1972, to R.P. and G.E., in Salem Massachusetts, with SSN xxx-xx-7828. This first passport had expired. The second was issued to Welby Pena, born September x, 1978, to B.P. and A.L., in Salem Massachusetts, with SSN xxx-xx-6545.

5. On November 4, 2008, your affiant contacted the Social Security Administration Office of the Inspector General (SSA) and requested validation for three SSNs. The first, for records for Welby Pena, with SSN xxx-xx-9298, born on September x, 1978, SSA indicated there was not a match. The second, for Welby Pena, with SSN xxx-xx-6545, born on September x, 1978, SSA indicated a match existed. And, finally for WELBY R. PENA, with SSN xxx-xx-7828, born on December xx, 1972, SSA indicated there was a match.

6. On November 25, 2008, Your Affiant and other DS agents arrested the Subject at the residence listed on his passport application. The Subject was taken into custody and advised of his Miranda Rights. The Subject related, post Miranda that he needed the passport to travel to the Dominican Republic. He had applied previously for a US Passport under his own identity but was denied based on a Department of Health and Human Services (HHS) hold for failure to pay child support. He knew that there was another individual with the name Welby Pena and when he requested a new Massachusetts birth certificate, Massachusetts sent him the birth certificate for the other Welby Pena. He then decided to use that birth certificate to obtain a US Passport and submitted the above mentioned application.

7. Based on the above facts and circumstances, Your Affiant believes there is probable cause to state that on October 18, 2008, in the Southern District of Florida, WELBY R. PENA did willfully and knowingly make a false statement in an application for a U.S. passport, in violation of Title 18 United States Code, Section 1542.

AFFIANT FURTHER SAYETH NOT.

_____
SPECIAL AGENT JOSÉ R. MERCADO
U.S. DEPARTMENT OF STATE

Sworn to and subscribed before me
this 26th day of November, 2008

_____
THE HONORABLE CHRIS M. MCALILEY
UNITES STATES MAGISTRATE JUDGE

3