## DEFENSE EXHIBIT LIST

Page  1  of  1

U.S.A. vs. WELBY PENA        CASE NO. 09-20014-CR-JORDAN(s)

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Copy of Defendant's Social Security card | | | ✓ |
| 2 | Copy of Defendant's letter to Clerk at Salem City Hall | | | ✓ |
| 3 | Certified copy of birth certificate of Welby Pena DOB: 9/6/1978 | | | ✓ |
| 4 | Certified copy of birth certificate of Welby Pena DOB: 12/17/1972 | | | ✓ |
| 5 | Defendant's letter to Passport Center dated 10/24/08 | | | ✓ |
| 6 | Defendant's letter to Passport Center dated 10/31/08 | | | ✓ |
| 7 | Defendant's Employer's Wage & Tax documents May through July, 2001 | | | ✓ |
| 8 | Defendant's Income Tax Returns for 2003 and 2005 | | | ✓ |
| 9 | Aura Dilone's request for termination of DOR Services | | | |

Handwritten annotations in left margin:
- 1: "JS to object"
- 2: "OBJ"
- 3: "STIP"
- 4: "STIP"
- 5: "Stipulate"
- 6: "OBJ"
- 7: "''"
- 8: "''"
- 9: "''"

## DEFENSE EXHIBIT LIST

Page 2 of 2

U.S.A. vs. WELBY PENA        CASE NO. 09-20014-CR-JORDAN(s)

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 10 | U.S. BANKRUPTCY FILINGS - WELBY R. PENA ESPINOSA 9/20/06 | | | ✓ |
| 11 | Ortiz Fla. Driver's License | | | ✓ |