# UNITED STATES' REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY MICHAEL J. O'LEARY
PAGE 1 OF 4

WELBY R. PENA
CASE NO: 1:09-CR-20014-JORDAN(s)

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Application For A U.S. Passport #0497125584, executed on October 15, 2008, by Welby R. Pena | | | ✓ |
| 1A | Enlargement of Exhibit 1 | | | ✓ |
| 2 | Welby Pena's Birth Certificate for DOB September 6, 1978, issued September 30, 2008 | | | ✓ |
| 3 | Application For A U.S. Passport #204092797 issued to Welby Pena on December 12, 2000 | | | ✓ |
| 3A | Enlargement of Exhibit 3 | | | ✓ |
| 4 | Application For A U.S. Passport #700377301 issued to Welby R. Pena on July 22, 1994 | | | ✓ |
| 4A | Enlargement of Exhibit 4 | | | ✓ |
| 5 | Screen shot of refusal to issue a passport to Welby R. Pena on ~~February 6, 2001~~ because of a hold from Health and Human Services   6-02 | | | ✓ |

# UNITED STATES' REVISED EXHIBIT LIST

WELBY R. PENA                                ASSISTANT UNITED STATES ATTORNEY MICHAEL J. O'LEARY
CASE NO: 1:09-CR-20014-JORDAN(s)                                                          PAGE 2 OF 4

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 6 | Printable Query results for Welby R. Pena's passport application number 049712584 | | | |
| 7 | Welby R. Pena's Florida Driver's License Record | | | ✓ |
| 8 | Welby R. Pena's Birth Certificate for DOB December 17, 1972, issued October 1, 2008 | | | ✓ |
| 9 | Application For A U.S. Passport #315391140 issued to Sonja Lind Swimm on March 10, 2008 | | | ✓ |
| 9A | Enlargement of Exhibit 9 | | | ✓ |
| 10 | 2003 Mortgage Application by Welby R. Pena | | | ✓ |
| 11 | 2005 Liberty Mutual W-2 for Welby R. Pena | | | ✓ |
| 12 | 2005 USI Employment Records for Welby R. Pena | | | ✓ |
| 13 | May 11, 2005, Amended Voluntary Bankruptcy Petition-Amended Statement of Social Security Numbers | | | ✓ |

# UNITED STATES' REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY MICHAEL J. O'LEARY
PAGE 3 OF 4

WELBY R. PENA
CASE NO: 1:09-CR-20014-JORDAN(s)

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 14 | Welby R. Pena's October 24, 2008, letter to the Miami Passport Office | | | ✓ |
| 15 | Welby R. Pena's November 25, 2008, Waiver of Rights | | | ✓ |
| 16 | Items recovered from Welby Pena's wallet | | | ✓ |
| | Welby R. Pena's Driver License # P500-896-72-457-0, recovered on the day of his arrest, November 25, 2008 | | | |
| | Welby R. Pena's Social Security Card #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, recovered on the day of his arrest, November 25, 2008 | | | |
| | Welby R. Pena's Florida Department of Financial Services License # E128810, recovered on the day of his arrest, November 25, 2008 | | | |
| 17 | Social Security Certification, 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 is issued to Welby R. Pena | | | ✓ |
| 18 | Social Security No. 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 is not issued to Welby R. Pena | | | ✓ |

# UNITED STATES' REVISED EXHIBIT LIST

WELBY R. PENA
CASE NO: 1:09-CR-20014-JORDAN(s)

ASSISTANT UNITED STATES ATTORNEY MICHAEL J. O'LEARY
PAGE 4 OF 4

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---------|-------------|-----------|------------|----------|
| 19 | Social Security Certification, 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 is issued to Sonja Lind Swimm | | | ✓ |
| 20 | Social Security Certification, 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 is issued to Welby Pena | | | ✓ |
| 21 | Social Security Certification, 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 is issued to Welby R. Pena II | | | ✓ |
| 22 | The Commonwealth of Massachusetts Department of Revenue Child Support Enforcement Division records from the Massachusetts child support enforcement system database | | | |
| 23 | Property Receipts for Δ's car | | | ✓ |
| 24 | Orfris FDL sheet FDMV | | | ✓ |
| 25 | test 6/42 FDL | | | |