AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Southern DISTRICT OF Florida

United States of America

v.

Welky Pena

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 09-20014CR-Jordan

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Adalberto Jordan | Michael O'Leary | Albert Levin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/9/10 - | Francine Salopek | [illegible] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 51 | | 4/9/10 | ✓ | ✓ | Certified mail receipt (Chicago Tag + Title) |
| 52 | | 4/9/10 | ✓ | ✓ | Record of date file (Chicago Tag + Title) - |
| | 1 | 4/9/10 | ✓ | ✓ | Certified mail receipt - |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

TextPad - [D:\burn\64139b.r07]

File Edit Search View Tools Macros Configure Window Help

| | | | | |
|---|---|---|---|---|
| 247767 | 4/9/09 | 12:19:24 PM | 70090960000091046560(4.0)A | 70090960000091049035(4.0)A |
| 247768 | 4/9/09 | 12:19:24 PM | 70090960000091046577(4.0)A | 70090960000091049042(4.0)A |
| 247769 | 4/9/09 | 12:19:24 PM | 70090960000091046584(4.0)A | 70090960000091049059(4.0)A |
| 247770 | 4/9/09 | 12:19:24 PM | 70090960000091046591(4.0)A | 70090960000091049066(4.0)A |
| 247771 | 4/9/09 | 12:19:24 PM | 70090960000091046607(4.0)A | 70090960000091049073(4.0)A |
| 247772 | 4/9/09 | 12:19:24 PM | 70090960000091046614(4.0)A | 70090960000091049080(4.0)A |
| 247773 | 4/9/09 | 12:19:24 PM | 70090960000091046621(4.0)A | 70090960000091049097(4.0)A |
| 247774 | 4/9/09 | 12:19:24 PM | 70090960000091046638(4.0)A | 70090960000091049103(4.0)A |
| 247775 | 4/9/09 | 12:19:25 PM | 70090960000091046645(4.0)A | 70090960000091049110(4.0)A |
| 247776 | 4/9/09 | 12:19:25 PM | 70090960000091046652(4.0)A | 70090960000091049127(4.0)A |
| 247777 | 4/9/09 | 12:19:25 PM | 70090960000091046669(4.0)A | 70090960000091049134(4.0)A |
| 247778 | 4/9/09 | 12:19:25 PM | 70090960000091046676(4.0)A | 70090960000091049141(4.0)A |
| 247779 | 4/9/09 | 12:19:25 PM | 70090960000091046683(4.0)A | 70090960000091049158(4.0)A |
| 247780 | 4/9/09 | 12:19:25 PM | 70090960000091046690(4.0)A | 70090960000091049165(4.0)A |
| 247781 | 4/9/09 | 12:19:25 PM | 70090960000091046706(4.0)A | 70090960000091049172(4.0)A |
| 247782 | 4/9/09 | 12:19:25 PM | 70090960000091046713(4.0)A | 70090960000091049189(4.0)A |
| 247783 | 4/9/09 | 12:19:25 PM | 70090960000091046720(4.0)A | 70090960000091049196(4.0)A |
| 247784 | 4/9/09 | 12:19:25 PM | 70090960000091046737(4.0)A | 70090960000091049202(4.0)A |
| 247785 | 4/9/09 | 12:19:25 PM | 70090960000091046744(4.0)A | 70090960000091049219(4.0)A |
| 247786 | 4/9/09 | 12:19:25 PM | 70090960000091046751(4.0)A | 70090960000091049226(4.0)A |
| 247787 | 4/9/09 | 12:19:25 PM | 70090960000091046768(4.0)A | 70090960000091049233(4.0)A |
| 247788 | 4/9/09 | 12:19:25 PM | 70090960000091046775(4.0)A | 70090960000091049240(4.0)A |
| 247789 | 4/9/09 | 12:19:25 PM | 70090960000091046782(4.0)A | 70090960000091049257(4.0)A |
| 247790 | 4/9/09 | 12:19:25 PM | 70090960000091046799(4.0)A | 70090960000091049264(4.0)A |
| 247791 | 4/9/09 | 12:19:25 PM | 70090960000091046805(4.0)A | 70090960000091049271(4.0)A |
| 247792 | 4/9/09 | 12:19:25 PM | 70090960000091046812(4.0)A | 70090960000091049288(4.0)A |
| 247793 | 4/9/09 | 12:19:25 PM | 70090960000091046829(4.0)A | 70090960000091049295(4.0)A |
| 247794 | 4/9/09 | 12:19:25 PM | 70090960000091046836(4.0)A | 70090960000091049301(4.0)A |
| 247795 | 4/9/09 | 12:19:25 PM | 70090960000091046843(4.0)A | 70090960000091049318(4.0)A |
| 247796 | 4/9/09 | 12:19:25 PM | 70090960000091046850(4.0)A | 70090960000091049325(4.0)A |
| 247797 | 4/9/09 | 12:19:25 PM | 70090960000091046867(4.0)A | 70090960000091049332(4.0)A |
| 247798 | 4/9/09 | 12:19:25 PM | 70090960000091046874(4.0)A | 70090960000091049349(4.0)A |
| 247799 | 4/9/09 | 12:19:25 PM | 70090960000091046881(4.0)A | 70090960000091049356(4.0)A |
| 247800 | 4/9/09 | 12:19:25 PM | 70090960000091046898(4.0)A | 70090960000091049363(4.0)A |
| 247801 | 4/9/09 | 12:19:25 PM | 70090960000091046904(4.0)A | 70090960000091049370(4.0)A |
| 247802 | 4/9/09 | 12:19:26 PM | 70090960000091046911(4.0)A | 70090960000091049387(4.0)A |
| 247803 | 4/9/09 | 12:19:26 PM | 70090960000091046928(4.0)A | 70090960000091049394(4.0)A |
| 247804 | 4/9/09 | 12:19:26 PM | 70090960000091046935(4.0)A | 70090960000091049400(4.0)A |
| 247805 | 4/9/09 | 12:19:26 PM | 70090960000091046942(4.0)A | 70090960000091049417(4.0)A |
| 247806 | 4/9/09 | 12:19:26 PM | 70090960000091046959(4.0)A | 70090960000091049424(4.0)A |
| 247807 | 4/9/09 | 12:19:26 PM | 70090960000091046966(4.0)A | 70090960000091049431(4.0)A |
| 247808 | 4/9/09 | 12:19:26 PM | 70090960000091046973(4.0)A | 70090960000091049448(4.0)A |
| 247809 | 4/9/09 | 12:19:26 PM | 70090960000091046980(4.0)A | 70090960000091049455(4.0)A |
| 247810 | 4/9/09 | 12:19:26 PM | 70090960000091046997(4.0)A | 70090960000091049462(4.0)A |
| 247811 | 4/9/09 | 12:19:26 PM | 70090960000091047000(4.0)A | 70090960000091049479(4.0)A |
| 247812 | 4/9/09 | 12:19:26 PM | 70090960000091047017(4.0)A | 70090960000091049486(4.0)A |
| 247813 | 4/9/09 | 12:19:26 PM | 70090960000091047024(4.0)A | 70090960000091049493(4.0)A |
| 247814 | 4/9/09 | 12:19:26 PM | 70090960000091047031(4.0)A | 70090960000091049509(4.0)A |
| 247815 | 4/9/09 | 12:19:26 PM | 70090960000091047048(4.0)A | 70090960000091049516(4.0)A |
| 247816 | 4/9/09 | 12:19:26 PM | 70090960000091047055(4.0)A | 70090960000091049523(4.0)A |
| 247817 | 4/9/09 | 12:19:26 PM | 70090960000091047062(4.0)A | 70090960000091049530(4.0)A |
| 247818 | 4/9/09 | 12:19:26 PM | 70090960000091047079(4.0)A | 70090960000091049547(4.0)A |
| 247819 | 4/9/09 | 12:19:26 PM | 70090960000091047086(4.0)A | 70090960000091049554(4.0)A |
| 247820 | 4/9/09 | 12:19:26 PM | 70090960000091047093(4.0)A | 70090960000091049561(4.0)A |
| 247821 | 4/9/09 | 12:19:26 PM | 70090960000091047109(4.0)A | 70090960000091049578(4.0)A |
| 247822 | 4/9/09 | 12:19:26 PM | 70090960000091047116(4.0)A | 70090960000091049585(4.0)A |
| 247823 | 4/9/09 | 12:19:26 PM | 70090960000091047123(4.0)A | 70090960000091049592(4.0)A |
| 247824 | 4/9/09 | 12:19:26 PM | 70090960000091047130(4.0)A | 70090960000091049608(4.0)A |
| 247825 | 4/9/09 | 12:19:26 PM | 70090960000091047147(4.0)A | 70090960000091049615(4.0)A |
| 247826 | 4/9/09 | 12:19:26 PM | 70090960000091047154(4.0)A | 70090960000091049622(4.0)A |
| 247827 | 4/9/09 | 12:19:26 PM | 70090960000091047161(4.0)A | 70090960000091049639(4.0)A |
| 247828 | 4/9/09 | 12:19:26 PM | 70090960000091047178(4.0)A | 70090960000091049646(4.0)A |
| 247829 | 4/9/09 | 12:19:27 PM | 70090960000091047185(4.0)A | 70090960000091049653(4.0)A |
| 247830 | 4/9/09 | 12:19:27 PM | 70090960000091047192(4.0)A | 70090960000091049660(4.0)A |
| 247831 | 4/9/09 | 12:19:27 PM | 70090960000091047208(4.0)A | 70090960000091049677(4.0)A |
| 247832 | 4/9/09 | 12:19:27 PM | 70090960000091047215(4.0)A | 70090960000091049684(4.0)A |
| 247833 | 4/9/09 | 12:19:27 PM | 70090960000091047222(4.0)A | 70090960000091049691(4.0)A |
| 247834 | 4/9/09 | 12:19:27 PM | 70090960000091047239(4.0)A | 70090960000091049707(4.0)A |
| 247835 | 4/9/09 | 12:19:27 PM | 70090960000091047246(4.0)A | 70090960000091049714(4.0)A |
| 247836 | 4/9/09 | 12:19:27 PM | 70090960000091047253(4.0)A | 70090960000091049721(4.0)A |
| 247837 | 4/9/09 | 12:19:27 PM | 70090960000091047260(4.0)A | 70090960000091049738(4.0)A |
| 247838 | 4/9/09 | 12:19:27 PM | 70090960000091047277(4.0)A | 70090960000091049745(4.0)A |

Find

Find what: 70090960000091049394

Conditions: Text Hex
Match whole words
Match case
Regular expression
Wrap searches

Direction: Up Down
Extend selection
In all documents

Find Next
Mark All
Close
Help

247803 91 Read Ovr Block Sync Rec Caps

GOVERNMENT EXHIBIT 52
PENGAD 800-631-6989

7008 0500 0000 7279 1000

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7008 0500 0000 7279 1000

7008 0500 0000 7279 1000

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006 See Reverse for Instructions

DEFENDANT'S EXHIBIT

CASE NO. 09-20014-CR-JORDAN

EXHIBIT NO. 7